# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GENELZA WESTON,

VS   CASE NO. 4:99CV474WS

TALLAHASSEE MEDICAL CENTER,
ET AL,

## JUDGMENT

This action came before the Court for consideration with the Honorable William Stafford presiding. The issues have been considered and a decision has been rendered.

Judgment is hereby entered in favor of the United States. The United States substituted for GMC, Jeffrey Wasserman and Jessie Furlow are dismissed from this action. Plaintiff's claim against the remaining defendants are remanded back to the Circuit Court, Second Judicial Circuit of the State of Florida in and for Leon County.

ROBERT A. MOSSING, CLERK

_February 5, 2001_
DATE

_Sarah Walls_
Deputy Clerk: Sarah F. Walls

Entered On Docket: 2-5-01   By: SW
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: Brown, Lucas, McNamees, Andrews, Sanders, Wilson, Skelty, Jottmann

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH DIST., FLA.
TALLAHASSEE, FLA.

01 FEB -5 PM 5: 17

FILED

Document No.

54