UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENELZA WESTON, individually and
as Personal Representative of the
Estate of Miracle N. Weston,

      Plaintiff,

v.                      CASE NO.   4:99cv474/WS

TALLAHASSEE MEDICAL CENTER, INC.,
d/b/a TALLAHASSEE COMMUNITY
HOSPITAL; LEATON HALL, M.D.;
JEFFREY WASSERMAN, M.D.; JESSIE
FURLOW, M.D.; KHAN ASNER, M.D.;
GADSDEN COMMUNITY HOSPITAL
(HEALTHMARK OF QUINCY, INC. AND
MEDTECH OF NORTH FLORIDA, INC.);
NORTH FLORIDA HEALTH CENTERS, INC.
d/b/a GADSDEN MEDICAL CENTER a/k/a
GADSDEN MEDICAL CENTER, JOHN and
JANE DOE,

      Defendants.
_____/

## MOTION TO CORRECT ORDER

    COMES NOW the UNITED STATES OF AMERICA, pursuant to Federal Rule of Civil Procedure 60(a) and files its Motion to Correct Order and states as follows:

    On February 5, 2001, this Court entered an order dismissing the United States from the above-styled lawsuit and remanding the case back to state court. In the order remanding the case, the court inadvertently remanded the case to the Circuit Court in and

for Leon County, Florida. The case had been originally removed from the Circuit Court in and for Gadsden County, Florida. It appears that the entry of this court's order was due to a clerical error.

WHEREFORE the UNITED STATES OF AMERICA requests that this Court enter an Order amending its prior order to remand the case to the Circuit Court in and for Gadsden County, Florida.

Respectfully submitted,

P. MICHAEL PATTERSON
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Northern District of Florida
FLA BAR NO. 604501
111 N. Adams St. Fourth Floor
Tallahassee, FL 32301
(850) 942-8430

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail this 13 day of March, 2001, to PAUL D. MARK LUCAS, ESQ., Gary, Williams, Parenti, Finney, Lewis, McManus, Watson & Sperando, Waterside Professional Bldg., 221 E. Osceola Street, Stuart, Fl 34994; HUBERT R. BROWN, ESQ., Brown & Brown, 1102 E. Tennessee Street, Tallahassee, Fl. 32308; MARIA A. SANTORO, ESQ., George, Hartz, Lundeen, Flagg & Fulmer, 800 North Calhoun Street, Tallahassee, FL 32302; JEANNETTE M. ANDREWS, ESQ., Fuller,

Johnson & Farrell, P.A., 111 North Calhoun Street, P.O. Box 1739, Tallahassee, FL 32302; FREDERICK E. HASTY, III, ESQ., Wicker, Smith, Tutan, O'Hara, McCoy, Graham & Ford, P.A., 5th Floor Grove Plaza Building, 2900 Middle Street (S.W. 28th Terrace), Miami, FL 33133; CRAIG A. DENNIS, ESQ., Dennis & Bowman, 2367 Centerville Road, P.O. Box 15589, Tallahassee, FL 32317; and W. DOUGLAS HALL, ESQ., Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A. P.O. Drawer 190, Tallahassee, FL 32302.

_____
Attorney