UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENELZA WESTON, Individually, and
as Personal Representative of the ESTATE
of MIRACLE N. WESTON,

    Plaintiff,

v.                     4:99cv474-WS

TALLAHASSEE MEDICAL CENTER, INC.,
d/b/a TALLAHASSEE COMMUNITY
HOSPITAL; LEATON HALL, M.D.;
MUHAMMAD ASNER KHAN, M.D.;
GADSDEN COMMUNITY HOSPITAL
(HEALTHMARK OF QUINCY, INC. AND
MEDTECH OF NORTH FLORIDA, INC.);
UNITED STATES OF AMERICA; and
JOHN and JANE DOE,

    Defendants.

_____

ORDER GRANTING THE UNITED STATES OF AMERICA'S
MOTION TO CORRECT ORDER

Before the court is the United States of America's motion (doc. 55) to

correct the court's order docketed February 5, 2001. In that order, among other

things, the court ordered remand of the case to the Circuit Court, Second Judicial Circuit in and for Leon County, Florida. The United States correctly points out that the case should have been remanded to the Circuit Court, Second Judicial Circuit in and for Gadsden County, Florida, the court from which the case came.

Accordingly, it is ORDERED:

1. The United States of America's motion (doc. 55) to correct order is GRANTED.

2. The court's order (doc. 53) docketed February 5, 2001, is vacated to the extent it ordered remand to the Circuit Court, Second Judicial Circuit in and for Leon County, Florida.

3. Plaintiff's claims against the defendants who remain in the action shall be remanded to the Circuit Court, Second Judicial Circuit in and for Gadsden County, Florida. The Clerk of the Court shall send a certified copy of this order of remand, along with a copy of the court's order (doc. 53) docketed February 5, 2001, to the Clerk of the Circuit Court in and for Gadsden County, Florida.

DONE AND ORDERED this 17th day of April, 2001.

WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

2